

**YOUNG LAW GROUP, PLLC**
A PROFESSIONAL COMPANY

**VIA ECF**

October 18, 2018

Honorable Magistrate Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      **RE:** **Conflict with Adjourn Date in Avail 2, LLC v. Russo**
            **Index # 18-CV-01028-JFB-AYS**

Dear Hon. Magistrate Shields:

Please be advised my office represent the Defendant, Darlene Russo, in the above-captioned matter. Your Honor granted the Plaintiff's request for an adjournment of the conference in this action from Monday, October 22, 2018 to Monday, November 5, 2018. Unfortunately, Defendant's counsel has a scheduling conflict on Monday, November 5, 2018 and requests a one week adjournment of the conference to Monday, November 12, 2018 at 10:30 am.

Specifically, the undersigned has been scheduled to appear in State Supreme Court, Kings County, in the matter of HSBC BANK v. Mathew; under index number 504492/2017 for oral arguments. This matter has been scheduled since October 5, 2018, and has been adjourned twice before. Moreover, I am the only attorney in my office that is admitted to practice and appear in Federal Court.

Accordingly, I am requesting the conference now scheduled for Monday, November 5, 2018 be adjourned for one week to Monday, November 12, 2018 at 10:30 am.

Thank you for your consideration to this request.

Sincerely,

Ivan E. Young, Esq.

cc:    Alyssa Kapner, Esq.
        Attorney for Plaintiff (via ECF)