

**YOUNG LAW GROUP, PLLC**
A PROFESSIONAL COMPANY

**VIA ECF**

October 18, 2018

Honorable Magistrate Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      **RE:** **Adjournment on Consent for Conference on November 13, 2018 in Avail 2, LLC v. Russo; Index # 18-CV-01028-JFB-AYS**

Dear Hon. Magistrate Shields:

Please be advised my office represent the Defendant, Darlene Russo, in the above-captioned matter. After conferring with Plaintiff's Counsel, all parties consent to adjourning the conference in this action from Monday, November 5, 2018 to Tuesday, November 13, 2018 at 10:30 am.

Thank you for your consideration to this adjournment request on consent.

Sincerely,



Ivan E. Young, Esq.

cc:    Alyssa Kapner, Esq.
        Attorney for Plaintiff (via ECF)

ATTORNEYS & COUNSELORS AT LAW | 80 ORVILLE DRIVE, SUITE 100 | BOHEMIA, NY 11716
P: 631.244.1433 | F: 631.589.0949 | WWW.YOUNGLAWGROUP.ORG | INFO@YOUNGLAWGROUP.ORG